**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH DIVISION)**

| | |
|---|---|
| **WALSH/GRANITE JV,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   Civil Action No. 2:17-cv-00558-NBF<br>)<br>) |
| **HDR ENGINEERING, INC.,** | )<br>)<br>) |
| Defendant. | )<br>) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff Walsh/Granite Joint Venture's Motion for Consolidation Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, it is:

**ORDERED** that Plaintiff's Motion for Consolidation is hereby granted, such that the matter titled *HDR Engineering, Inc. v. Walsh/Granite, Joint Venture, et al*, Civil No. 2:17-cv-00782-JFC is closed and consolidated at the Civil Action No. 2:17-cv-00558-NBF.

Entered this _____ day of _____, 2017.

_____, J.