IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALSH/GRANITE JV,<br><br>        Plaintiff,<br><br>    v.<br><br>HDR ENGINEERING, INC,<br><br>        Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 17-558 |
| HDR ENGINEERING, INC.<br><br>        Plaintiff,<br><br>    v.<br><br>WALSH/GRANITE, JOINT VENTURE, WALSH CONSTRUCTION COMPANY II, LLC, GRANITE CONSTRUCTION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND<br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 17-782 |

**ORDER**

1

AND NOW, this 23rd day of June, 2011, upon consideration of the Walsh/Granite JV's Motion to Consolidate (Document No. [4] at CA 17-558),

IT IS HEREBY ORDERED that said Motion is granted and Civil Action No. 17-558 and Civil Action No. 17-783 are hereby consolidated at Civil Action No. 17-558 in the United States District Court for the Western District of Pennsylvania before Judge Nora Barry Fischer.  At Civil Action No. 17-558, the consolidated actions shall hereafter be captioned at Civil Action 17-558 as follows:

WALSH/GRANITE JV,

        Plaintiff,

  v.

HDR ENGINEERING, INC,

        Defendant.

------------------------------------------------------------------------

HDR ENGINEERING, INC.,

        Consolidated Plaintiff,

  v.                        Civil Action No. 2:17-cv-00558

WALSH/GRANITE, JOINT VENTURE, WALSH CONSTRUCTION COMPANY II, LLC, GRANITE CONSTRUCTION COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, FEDERAL INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

        Consolidated Defendants.

IT IS FURTHER ORDERED that the member case, Civil Action No. 17-783, shall be marked "Closed" and all further filings shall be made at the lead case, Civil Action No. 17-558

        s/Nora Barry Fischer
        Nora Barry Fischer
        United States District Judge

cc/ecf: counsel of record