# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# (PITTSBURGH DIVISION)

| | |
|---|---|
| **WALSH/GRANITE, JOINT VENTURE,** ) <br> ) <br> **Plaintiff,** ) <br> vs. ) <br> ) <br> **HDR ENGINEERING, INC.,** ) <br> ) <br> **Defendant.** ) <br> ) <br> **HDR ENGINEERING, INC.,** ) <br> ) <br> **Consolidated Plaintiff,** ) <br> vs. ) <br> ) <br> **WALSH / GRANITE, JOINT VENTURE, ET AL.,** ) <br> ) <br> **Consolidated Defendants.** ) | Civil Action No. 2:17-cv-00558-NBF |

## JOINT STATUS REPORT

Pursuant to the Court's March 27, 2019 (Dkt. No. 253) Order, the parties hereby submit this Joint Status Report.

**I.   EXPERT DISCOVERY**

Expert discovery is being conducted in this action in accordance with the Court's Order, dated October 10, 2018 (Dkt. No. 189), which set deadlines for the service of expert reports and the completion of expert depositions.  The parties have begun preliminary discussions regarding the scheduling of expert depositions and have agreed to exchange blackout dates for the HDR and WGJV experts to be deposed during late May and June 2019.  The parties also have agreed that, to the extent possible, all expert depositions will be conducted in Tysons Corner, VA.

## II.     MOTIONS FOR SUMMARY JUDGMENT

On October 10, 2018, the Court issued a schedule (Dkt. No. 189) for the filing and briefing of Motions for Summary Judgment.  On December 31, 2018, the parties completed the briefing for four (4) Motions for Summary Judgment, which had been filed and briefed in accordance with the Order of the Court.  During the status conference, the parties will inquire whether the Court intends to set a date(s) for oral argument to address the outstanding Motions for Summary Judgment.

**Dated:** April 5, 2019

Respectfully Submitted,

\_\_/s/ Kathleen Olden Barnes_____
Kathleen O. Barnes (*admitted pro hac vice*)
Carter B. Reid (*admitted pro hac vice*)
Scott P. Fitzsimmons (*admitted pro hac vice*)
Adam M. Tuckman (*admitted pro hac vice*)
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
703-749-1000 (Phone)
703-893-8029 (facsimile)
kbarnes@watttieder.com
creid@watttieder.com
sfitzsimmons@watttieder.com
atuckman@watttieder.com

Thomas J. Farrell (PA ID# 48976)
Ferrell & Reisinger, LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412-894-1380
412-894-1381 (facsimile)
tferrell@farrellreisinger.com

*Counsel for Plaintiff and Counterdefendants,*
*Walsh/Granite, Joint Venture, et. al.*

   /s/ Kenneth J. Hardin
Kenneth J. Hardin II, Esq.
PA ID No. 58303
The Frick Building
437 Grant Street, Suite 620
Pittsburgh, PA 15219
(412) 315-7195
(412) 315-7386 (fax)
kenhardin@hardinlawpc.net

Robert M. Moore (admitted pro hac vice)
Charlie C.H. Lee (admitted pro hac vice)
Jason C. Constantine (admitted pro hac vice)
MOORE & LEE, LLP
1751 Pinnacle Drive, Suite 1100
McLean, Virginia 22102
Telephone: (703) 506-2050
Email: r.moore@mooreandlee.com
c.lee@mooreandlee.com
j.constantine@mooreandlee.com

Thomas P. Mannion (admitted pro hac vice)
Christopher Ballod
PA I.D. No. 89462
Lewis Brisbois Bisgaard & Smith LLP
Law & Finance Building
429 Fourth Avenue, Suite 805
Pittsburgh, PA 15219
Phone: 412-567-5596
Tom.Mannion@lewisbrisbois.com
Christopher.Ballod@lewisbrisbois.com

*Counsel for HDR Engineering, Inc.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that, on this 5th day of April 2019, a copy of the foregoing Joint Status Report was delivered via the CM/ECF system to all counsel of record.

*Kathleen Olden Barnes*