# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# (PITTSBURGH DIVISION)

| | |
|---|---|
| WALSH/GRANITE JOINT VENTURE, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 2:17-cv-00558-NBF |
| HDR ENGINEERING, INC., | )<br>) |
| Defendant. | ) |
| HDR ENGINEERING, INC., | ) |
| Consolidated Plaintiff, | ) |
| vs. | ) |
| WALSH / GRANITE, JOINT VENTURE, ET AL., | ) |
| Consolidated Defendants. | ) |

## REPORT OF AGREEMENTS ON ADR PROCESS

COMES NOW, Kathleen Olden Barnes, counsel for Plaintiff and Consolidated Defendants Walsh/Granite, Joint Venture, Walsh Construction Company II, LLC, Granite Construction Company, Travelers Casualty and Surety Company of America, Federal Insurance Company, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland (collectively referred to herein as ("Walsh/Granite"), and pursuant to the Order of this Court Referring Case to Alternative Disputes Resolution, dated April 10, 2019 (Dkt. No. 256), reports the following agreements with HDR Engineering, Inc. as to the dates, location and principles attending the private mediation:

1

**Mediation Dates:**          August 7, 8 and 9, 2019

**Location of Mediation:**    JAMS Resolution Center, Washington, D.C.

**Principles Attending:**  The following party representatives will attend the mediation:

### Walsh/Granite, JV and Consolidated Defendants

Bill Ernstrom, Vice President Legal, Walsh
Paul Wagner, Senior Vice President, Walsh
Arik Quam, Vice President and Business Group Leader, Walsh
Ed Kitzman, Project Director, Walsh
Ben Boisvert, Design Manager, Walsh
Dale Swanberg, Sr. Vice President, Group Manager, Granite
Ken Smith, Group Counsel, Granite
Mike Donnino, Sr. Vice President (ret.), Group Manager, Granite
Norah E. Fernandez-Vallejo, Senior Claim Counsel, Travelers Casualty and Surety Company of
    America (Authorized Surety Representative)
Jim Comodeca, counsel for Walsh/Granite, JV
Carter B. Reid, counsel for Plaintiff and Consolidated Defendants
Kathleen Olden Barnes, counsel for Plaintiff and Consolidated Defendants
Scott P. Fitzsimmons, counsel for Plaintiff and Consolidated Defendants
Adam M. Tuckman, counsel for Plaintiff and Consolidated Defendants

### HDR Engineering, Inc.

Eli Khoury – HDR Eastern Region Transportation Director
Mike Crall – HDR Area Manager
Jason Fuller – HDR Project Manager
Robert Allen – HDR NY Transportation Business Group Manager
Ken Wright – HDR Northeast Bridge Engineering Principal
Jim Donahue – HDR Chief Counsel Litigation
Robert Moore – Moore & Lee – Counsel for HDR
Charlie Lee – Moore & Lee – Counsel for HDR
Jason Constantine – Moore & Lee – Counsel for HDR
David Hatem – Donovan Hatem – Counsel for HDR
Chris Ballod – Lewis Brisbois – Counsel for HDR

The Parties reserve the right to designate additional representatives, including retained experts, to attend or make presentations at the mediation.

Case 2:17-cv-00558-NBF   Document 262   Filed 05/01/19   Page 3 of 4

**Dated:**       **May 1, 2019**

                                        Respectfully Submitted,

                                        /s/ Kathleen O. Barnes
Kathleen O. Barnes *(admitted Pro Hac Vice)*
Carter B. Reid *(admitted Pro Hac Vice)*
Scott P. Fitzsimmons *(admitted Pro Hac Vice)*
Adam M. Tuckman *(admitted Pro Hac Vice)*
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
703-749-1000
703-893-8029 (facsimile)
kbarnes@watttieder.com
creid@watttieder.com
sfitzsimmons@watttieder.com
atuckman@watttieder.com

Tom Ferrell (PA ID # 48976)
Ferrell & Reisinger, LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412-894-1380
412-894-1381 (facsimile)
tferrell@farrellreisinger.com

*Counsel for Plaintiff Walsh/Granite, JV, and Consolidated Defendants Walsh Construction Company II, LLC, Granite Construction Company, Travelers Casualty and Surety Company of America, Federal Insurance Company, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 1st day of May 2019, a copy of the foregoing Report of Agreements on ADR Process was delivered by electronic filing through the Electronic Case Filing ("ECF") system on the following:

Kenneth J. Hardin, II
Hardin Thompson, P.C.
The Frick Building
437 Grant Street, Suite 620
Pittsburgh, PA 15219
kenhardin@hardinlawpc.net

*Counsel of Record for HDR Engineering, Inc.*

Charlie C.H. Lee, Esquire
Robert M. Moore, Esquire
Jason C. Constantine, Esquire
Moore & Lee, LLP
1751 Pinnacle Drive, Suite 1100
McLean, Virginia 22012
c.lee@mooreandlee.com
r.moore@mooreandlee.com
j.constantine@mooreandlee.com

*Counsel for HDR Engineering, Inc.*

Christopher Ballod
Lewis Brisbois Bisgaard & Smith
Law & Finance Building
429 Fourth Avenue, Suite 805
Pittsburgh, PA 15219
Christopher.Ballod@lewisbrisbois.com

     These documents are available for viewing and downloading from the ECF system.

                     /s/ Kathleen O. Barnes