IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALSH/GRANITE JV,<br><br>   Plaintiff,<br><br> v.<br><br>HDR ENGINEERING, INC.,<br><br>   Defendant.<br><br>HDR ENGINEERING, INC.,<br><br>   Consolidated Plaintiff,<br><br> v.<br><br>WALSH/GRANITE, JOINT VENTURE, ET AL.,<br><br>   Consolidated Defendants. | Civil Action No. 2:17-cv-00558-NBF |

**WALSH/GRANITE, JV AND CONSOLIDATED DEFENDANTS' MOTION
TO EXCLUDE THE TESTIMONY OF ZANE SADIK**

  Walsh/Granite, Joint Venture and the Consolidated Defendants move this honorable Court to exclude the proffered expert testimony of Zane Sadik, who has been identified by HDR Engineering, Inc. ("HDR") to testify as an expert in this matter. As set forth in the accompanying Memorandum, Mr. Sadik's testimony fails to meet the threshold requirements for admissibility as set forth in Daubert v. Merrell Dow Pharm., Inc., 509 U.S. 579 (1993) and Rule 702 of the Federal Rules of Evidence. Mr. Sadik's testimony should also be excluded under Fed. R. Evid. 403. A proposed Order accompanies this Motion.

1

WHEREFORE, Walsh/Granite, Joint Venture and all Consolidated Defendants respectfully request that this Court grant their Motion to Exclude the Testimony of Zane Sadik and grant any other relief the Court finds equitable and just.

Dated: November 12, 2019                    Respectfully Submitted,

                             /s/
Kathleen O. Barnes *(admitted Pro Hac Vice)*
Carter B. Reid *(admitted Pro Hac Vice)*
Scott P. Fitzsimmons *(admitted Pro Hac Vice)*
Adam M. Tuckman *(admitted Pro Hac Vice)*
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, VA 22102
703-749-1000
703-893-8029 (facsimile)
creid@watttieder.com
kbarnes@watttieder.com
sfitzsimmons@watttieder.com
atuckman@watttieder.com

Tom Ferrell (PA ID # 48976)
Ferrell & Reisinger, LLC
300 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219
412-894-1380
412-894-1381 (facsimile)
tferrell@farrellreisinger.com

*Counsel for Plaintiff Walsh/Granite, JV, and Consolidated Defendants Walsh Construction Company II, LLC, Granite Construction Company, Travelers Casualty and Surety Company of America, Federal Insurance Company, Zurich American Insurance Company, and Fidelity and Deposit Company of Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of November 2019, a copy of the foregoing Motion to Exclude Expert Testimony of Zane Sadik was delivered via the CM/ECF system to all counsel of record including the following:

Kenneth J. Hardin, II
Hardin Thompson, P.C.
The Frick Building
437 Grant Street, Suite 620
Pittsburgh, PA 15219
kenhardin@hardinlawpc.net

*Counsel of Record for HDR Engineering, Inc.*

Charlie C.H. Lee, Esquire
Robert M. Moore, Esquire
Jason C. Constantine, Esquire
Moore & Lee, LLP
1751 Pinnacle Drive, Suite 1100
McLean, Virginia 22012
c.lee@mooreandlee.com
r.moore@mooreandlee.com
j.constantine@mooreandlee.com

*Counsel for HDR Engineering, Inc.*

Christopher Ballod
Lewis Brisbois Bisgaard & Smith
Law & Finance Building
429 Fourth Avenue, Suite 805
Pittsburgh, PA 15219
Christopher.Ballod@lewisbrisbois.com

/s/ Kathleen O. Barnes