IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALSH/GRANITE JV,<br><br>        Plaintiff,<br><br>v.<br><br>HDR ENGINEERING, INC.,<br><br>        Defendant. | |
| HDR ENGINEERING, INC.,<br><br>        Consolidated Plaintiff,<br><br>v.<br><br>WALSH/GRANITE, JOINT VENTURE, ET AL.,<br><br>        Consolidated Defendants. | Civil Action No. 2:17-cv-00558-NBF |

**ORDER GRANTING WALSH/GRANITE, JV AND CONSOLIDATED DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF ZANE SADIK.**

AND NOW, this __ day of _____, 20__, upon consideration of the Motion to Exclude the Testimony of Zane Sadik by Walsh/Granite, Joint Venture and the Consolidated Defendants, their Memorandum in Support, and accompanying pleadings, declarations, deposition testimony, admissions on file, and other parts of the record, as well as the Response in Opposition filed by HDR, Walsh/Granite and the Consolidated Defendants' Reply Brief, and HDR's Sur-Reply Brief, and the parties' arguments at a Motions Hearing,

IT IS HEREBY ORDERED that Walsh/Granite and the Consolidated Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that, as a result of the Court granting Walsh/Granite and the Consolidated Defendants' Motion, Mr. Sadik shall be prohibited from testifying at any trial or hearing in this matter.

                                                                                               _____

                                                                                    Nora Barry Fischer  
                                                                                   United States District Judge

cc/ecf: All counsel of record.