IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALSH/GRANITE JV,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HDR ENGINEERING, INC.,<br><br>　　　　　Defendant.<br><br>HDR ENGINEERING, INC.,<br><br>　　　　　Consolidated Plaintiff,<br><br>　v.<br><br>WALSH/GRANITE, JOINT VENTURE, ET AL.,<br><br>　　　　　Consolidated Defendants. | Civil Action No. 2:17-cv-00558-NBF |

**ORDER GRANTING WALSH/GRANITE, JV AND CONSOLIDATED DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF THOMAS CARUSO, P.E.**

AND NOW, this __ day of _____, 20__, upon consideration of the Motion in Limine to Exclude the Testimony of Thomas Caruso, P.E. by Walsh/Granite, Joint Venture and the Consolidated Defendants, their Memorandum in Support, and accompanying pleadings, deposition testimony, admissions on file, and other parts of the record, as well as the Response in Opposition filed by HDR, Walsh/Granite and the Consolidated Defendants' Reply Brief, and HDR's Sur-Reply Brief, and the parties' arguments at a Motions Hearing,

IT IS HEREBY ORDERED that Walsh/Granite and the Consolidated Defendants' Motion GRANTED.

IT IS FURTHER ORDERED that, as a result of the Court granting Walsh/Granite and the Consolidated Defendants' Motion, Mr. Caruso shall be prohibited from providing testimony at trial.

        Nora Barry Fischer
        United States District Judge

cc/ecf: All counsel of record.